580

396 A.2d 57

Commonwealth v. Wilson, Appellant.

Submitted March 20, 1978. Francis P. Burns, Assistant Public Defender, for appellant; Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 58

Commonwealth v. Womack, Appellant.

Submitted March 20, 1978. Ronald J. Brockington, for appellant; Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.